

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Krisstopher Alan Rubio,          * From the 70th District Court
                                   of Ector County,
                                   Trial Court No. A-20-1057-CR.

Vs. No. 11-23-00159-CR           * April 4, 2024

The State of Texas,              * Memorandum Opinion by Williams, J.
                                   (Panel consists of: Bailey, C.J.,
                                   Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.